BENJAMIN B. WAGNER
United States Attorney
GRANT B. RABENN
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimilie: (559) 497-4009

Attorneys for the
 United States of America

**FILED**

JAN 0 6 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. 1:11 MJ 00280 (BAM) |
| Plaintiff, | |
| v. | MOTION AND ORDER FOR DISMISSAL OF COMPLAINT |
| RUSTY LEE SALDIVAR, <br>  aka Rusty Lee Joseph Saldivar <br>  aka Joseph Aguire, | |
| Defendant. | |

The United States Attorney's Office, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby moves to dismiss the Complaint without prejudice in the interest of justice.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: January 6, 2012

By _____
Grant B. Rabenn
Assistant U.S. Attorney

1

## ORDER

IT IS HEREBY ORDERED that the Complaint be dismissed without prejudice in the interest of justice.

DATED: January 6, 2012

_____  11-MJ-280
Hon. Lawrence J. O'Neill
United States District Judge